## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **Joseph Leonard Forcucci,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 11-0369-CV-W-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On Wednesday, March 7, 2012, the Court entertained oral argument on the parties'
briefing in this Social Security review matter. After due consideration of the issues presented,
and for the reasons set forth on the record by the Court at the conclusion of the oral argument, it
is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security
Administration pursuant to 42 U.S.C. §405(g) sentence 4, for action consistent with that set forth
by the Court on the record at the conclusion of the March 7, 2012 argument. It is further

**ORDERED** that the Social Security Administration shall obtain a transcript of the oral
argument so that it will know the basis upon which this matter was remanded.


        _____/s/ John T. Maughmer_____
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**