**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **Joseph L. Forcucci,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-0369-CV-W-JTM** |
| | ) | |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney Fees Pursuant to Section 206(B) of the Social Security Act, 42 U.S.C. §406(b) Fees,* filed June 9, 2014, [Doc.].   After due consideration of the issues presented, and in light of the agreement of the parties, the Court finds the requested fee to be reasonable based upon the work performed in this case as documented in Plaintiff's filings, *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002).   Accordingly, it is

**ORDERED** that plaintiff's *Motion For Attorney Fees Pursuant to Section 206(B) of the Social Security Act, 42 U.S.C. §406(b) Fees,* filed June 9, 2014, [Doc.29] is **GRANTED**. Accordingly, plaintiff's counsel is awarded fees pursuant to 42 U.S.C. §406(b) in the amount of $ 19,763.50.

        */s/ John T. Maughmer*
        **John T. Maughmer**
        **United States Magistrate Judge**